# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1819

_____

TIMOTHY JOHN DONOVAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 22, 2021

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5); *Gilbert v. State*, 315 So. 3d 791, 791 (Fla. 1st DCA 2021) ("As Florida Rule of Appellate Procedure 9.141(d) does not provide a vehicle to challenge postconviction appellate counsel's effectiveness, the petition is dismissed.").

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Timothy John Donovan, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.